| | | |
|---|---|---|
| [Logo] | **Bolivarian Government** of Venezuela | People's Ministry of **Planning and Finances** |

[Logo] **NATIONAL OFFICE OF THE** *TREASURY*

[Rubber stamp:]
**Num. ONT -DAS 005587**

[Rubber stamp:]
Caracas, SEP 06 2012

**Citizen:**
**MESSRS BANCO MERCANTIL**
Agency located at de Salas Intersection
In hand. -

It is my pleasure to write to you, using this opportunity to extend my regards and also request from you the issuance of the Closing of Account for checking account Num. 01050699901699079889 under the name of the Office of the National Treasury. The reason for this request is because this National Office is in an auditing period.

In addition, citizen **AMADOR VERAMENDI**, holder of identity card Num. **11.029.409** has been authorized to pick up the documents requested by our National Office.

With nothing further at present, I remain, faithfully yours,

[Illegible signature]
CLAUDIA DÍAZ
**NATIONAL TREASURER**

[Rubber stamp with Coat of Arms in its center:]
BOLIVARIAN REPUBLIC OF VENEZUELA
National Office
of the
Treasury
People's Ministry of
Planning and Finances

[Illegible signature]
TRUDDY MACHADO
**CHIEF, ADMIN.
AND SERVICES**

[Illegible initials]
PL/TM/cr

[ADHESIVE STAMP:] EXHIBIT
DX 13

www.ont.mf.gov/ve
Esq. de Carmelitas a Altagracia, Edif. Norte Ministerio del Poder Popular de Planificación y Finanzas, PB T. 8024605/4606, Caracas-Venezuela


EXHIBIT
DX 13
A

| | | |
|---|---|---|
| [Logo] | Bolivarian **Government** of Venezuela | People's Ministry of **Planning and Finances** |

[Logo] | NATIONAL OFFICE OF THE *TREASURY*

[Rubber stamp:]
**Num. ONT -DAS  005588**

[Rubber stamp:]
Caracas,  SEP 06 2012

**MESSRS BANCO MERCANTIL**
Agency located at de Salas Intersection
In hand. -

It is my pleasure to write to you, using this opportunity to extend my regards and also request from you the issuance of the Closing of Account for checking account Num. 01050745471746014598 under the name of the Office of the National Treasury. The reason for this request is because this National Office is in an auditing period.

In addition, Mr. **AMADOR VERAMENDI**, holder of identity card **Num. 11.029.409** has been authorized to pick up the documents requested by our National Office.

With nothing further at present, I remain, faithfully yours,

[Illegible signature]
CLAUDIA DÍAZ
**NATIONAL TREASURER**

[Rubber stamp with Coat of Arms in its center:]
BOLIVARIAN REPUBLIC OF VENEZUELA
National Office
of the
Treasury
People's Ministry of
Planning and Finances

[Illegible signature]
TRUDDY MACHADO
**CHIEF, ADMIN.
AND SERVICES**

[Illegible watermark]
PL/TM/cr

| | | |
|---|---|---|
| [Logo] | Bolivarian **Government** of Venezuela | People's Ministry of **Planning and Finances** |

[Logo] **NATIONAL OFFICE OF THE *TREASURY***

[Rubber stamp:]
**Num. ONT -DAS 005589**

[Rubber stamp:]
Caracas, SEP 06 2012

**MESSRS BANCO MERCANTIL**
Agency located at de Salas Intersection
In hand. -

It is my pleasure to write to you, using this opportunity to extend my regards and also request from you the issuance of the Closing of Account for checking account Num. 01050746491746012641 under the name of the Office of the National Treasury. The reason for this request is because this National Office is in an auditing period.

In addition, Mr. **AMADOR VERAMENDI**, holder of identity card **Num. 11.029.409** has been authorized to pick up the documents requested by our National Office.

With nothing further at present, I remain, faithfully yours,

[Illegible signature]
CLAUDIA DÍAZ
**NATIONAL TREASURER**

[Rubber stamp with Coat of Arms in its center:]
BOLIVARIAN REPUBLIC OF VENEZUELA
National Office
of the
Treasury
People's Ministry of
Planning and Finances

[Illegible signature]
TRUDDY MACHADO
**CHIEF, ADMIN. AND SERVICES**

[Illegible watermark]
PL/TM/cr