

EXHIBIT DX 24



**RECAUDACION DE INGRESOS**
**DEL 01/01/2013 AL 31/03/2013**
(MILLONES DE BOLIVARES)

| CONCEPTO | LEY DE PRESUPUESTO | RECAUDADO | DIFERENCIA | % Cumplimiento |
|---|---|---|---|---|
| 1- PETROLERO | 17.548 | 14.298 | -3.250 | 81% |
| 2- SENIAT | 44.323 | 58.281 | 13.958 | 131% |
| 3- OTROS | 2.729 | 76 | -2.653 | 3% |
| 4- FUENTE DE FINANCIAMIENTO | 23.839 | 36.556 | 12.717 | 153% |
| TOTAL | 88.439 | 109.211 | 20.772 | 123% |

Nota: Las cifras de Ley de Presupuesto son hasta el 31/03/2013. La no generación de excedentes por PDVSA es compensada con los excedentes del SENIAT por Bs. 13.958 Millones.



**RECAUDACION DE INGRESOS**
**DEL 01/01/2013 AL 31/03/2013**
(MILLONES DE BOLIVARES)

**RENTA PETROLERA**

| MES | LEY DE PRESUPUESTO | RECAUDADO AL 31/03/2013 | DIFERENCIA |
|---|---|---|---|
| ENE | 5.422 | 7 | -5.415 |
| FEB | 5.174 | 207 | -4.967 |
| MAR | 6.952 | 14.084 | 7.132 |
| TOTAL | 17.548 | 14.298 | -3.250 |

**SENIAT**

| MES | LEY DE PRESUPUESTO | RECAUDADO AL 31/03/2013 | DIFERENCIA |
|---|---|---|---|
| ENE | 12.463 | 15.340 | 2.876 |
| FEB | 12.497 | 15.251 | 2.754 |
| MAR | 19.363 | 27.689 | 8.326 |
| TOTAL | 44.323 | 58.280 | 13.957 |

Al 31/03/2013 PDVSA adeuda un Total de Bs 3.250 Millones. Existe una diferencia de Bs. 541 Millones de ISLR de Empresas Mixtas que son incluidas en la recaudación del SENIAT.

Al 31/03/2013 SENIAT genero un excedente de Bs 13.957 Millones, de los cuales, **Bs. 3.188 Millones** corresponde a Apartados Legales 2013; sin embargo, estos excedentes son compensados con el no cumplimiento de la meta presupuestaria para Petróleo.



### EXCEDENTES PROYECTADOS AL 31/12/2013
(MILLONES DE BOLIVARES)

#### RENTA PETROLERA

| MES | LEY DE PRESUPUESTO | MEJOR VISION PETROLEO | EXCEDENTES PROYECTADOS |
|---|---|---|---|
| ENE | 5.421,65 | 7,00 | -5.414,65 |
| FEB | 5.174,24 | 207,00 | -4.967,24 |
| MAR | 6.951,99 | 14.084,00 | 7.132,01 |
| ABR | 5.869,04 | 12.126,29 | 6.257,26 |
| MAY | 7.702,68 | 10.428,39 | 2.725,71 |
| JUN | 6.619,74 | 12.916,61 | 6.296,87 |
| JUL | 6.619,74 | 8.916,61 | 2.296,87 |
| AGO | 7.702,68 | 10.428,39 | 2.725,71 |
| SEP | 6.619,74 | 8.916,61 | 2.296,87 |
| OCT | 8.121,22 | 10.986,09 | 2.864,88 |
| NOV | 8.268,22 | 10.986,30 | 2.718,09 |
| DIC | 8.108,73 | 10.909,72 | 2.801,00 |
| TOTAL | 83.179,65 | 110.913,02 | 27.733,37 |

Periodo Abril-Diciembre 2013 corresponde a estimaciones PDVSA según su mejor visión. De los Bs. 27.733 Millones, corresponden aprox. Bs. 6.100 Millones para Apartados Legales.

#### SENIAT

| MES | LEY DE PRESUPUEST | MEJOR VISION SENIAT | EXCEDENTES PROYECTADOS |
|---|---|---|---|
| ENE | 12.463,43 | 15.339,93 | 2.876,50 |
| FEB | 12.496,86 | 15.251,29 | 2.754,42 |
| MAR | 19.362,59 | 27.689,40 | 8.326,81 |
| ABR | 17.209,81 | 18.209,81 | 1.000,00 |
| MAY | 14.428,49 | 15.428,49 | 1.000,00 |
| JUN | 17.582,71 | 18.582,71 | 1.000,00 |
| JUL | 16.215,55 | 17.215,55 | 1.000,00 |
| AGO | 17.512,00 | 18.512,00 | 1.000,00 |
| SEP | 18.400,23 | 19.400,23 | 1.000,00 |
| OCT | 17.764,38 | 18.764,38 | 1.000,00 |
| NOV | 19.618,12 | 20.618,12 | 1.000,00 |
| DIC | 22.411,32 | 23.411,32 | 1.000,00 |
| TOTAL | 205.465,50 | 228.423,23 | 22.957,73 |

Periodo Abril-Diciembre 2013 corresponde a la estimación de excedentes por Bs. 1.000 Millón por mes. De los Bs. 22.957 Millones, corresponden aprox. Bs. 6.800 Millones para Apartados Legales.



### DEFICIT ESTIMADO
### Presupuesto 2013
### (No Incluye Incremento del salario Mínimo)
(MILLONES DE BOLIVARES)

| CONCEPTOS | MONTO |
|---|---|
| IVSS (PENSIONES) [1] | 50.537 |
| UNIVERSIDADES | 25.102 |
| DEUDA PUBLICA | 12.459 |
| MINISTERIO DE EDUCACION [2] | 35.512 |
| MINISTERIO DE LA DEFENSA | 15.537 |
| ELECCIONES REGIONALES | 2.000 |
| MPP TRASPORTE TERRESTRE | 27.100 |
| RESTO DE MINISTERIOS | 34.758 |
| **TOTAL DEFICIT PROYECTADO** | **203.005** |

1/ El IVSS dispone de Créditos Presupuestarios para Pensionados hasta el Mes de Abril 2013

2/ El MPP Educación dispone de Créditos Presupuestarios para Sueldos y Salarios hasta el Mes de Julio de 2013



## Notas

- Los Créditos Adicionales se Financian con Recursos excedentarios no contemplados en la Ley Inicial de Presupuesto, tales como:
    a. Dividendos de Empresas y Bancos de la República
    b. Recursos Excedentarios Petroleros y Tributarios una vez cumplida la Meta Presupuestaria.
    c. Primas de Colocación de Bonos una vez culminada la Emisión Correspondiente.
    d. Aportes o Donaciones de Empresas y Bancos de la República de Recursos no Utilizados.
    e. Recursos de Créditos Adicionales no aplicados oportunamente

- Los recursos Excedentarios y/o Extraordinarios deben estar disponibles en el Tesoro para su Certificación.

- Del Año 2012 se Adeudan Apartados Legales por la cantidad de Bs. 4.195 Millones, de los cuales corresponden por Situado Constitucional Bs. 1.107 Millones, TSJ Bs. 474 Millones, y FCI, Bs. 2.614 Millones. Estos recursos están disponibles en el Tesoro.

