

Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular de **Planificación y Finanzas**

OFICINA NACIONAL **TESORO**

ONT-DGIV-Nro. **001759**

Caracas, 1 6 ABR. 2012

Ciudadana
**LAURA ZANONE**
Representante del BSI-Geneve
Su Despacho.-

Tengo el placer de dirigirme a usted, en la oportunidad de instruirle realice la compra de bonos emitidos por el Reino Unido, con fecha de pacto 20 de Abril de 2012 y fecha valor 23 de Abril de 2012, según las instrucciones que se describen a continuación:

| Instrumento | ISIN CODE | Divisa | Valor Nominal |
|---|---|---|---|
| TSY 2 1/4% 2014 | GB00B3KJDW09 | GBP | 60.000.000,00 |

El contravalor de esta compra deberá ser debitado de los recursos que se encuentran disponibles en la cuenta Nro. CH25084680000103432AA, que mantiene la Oficina Nacional del Tesoro en el BSI. Así mismo, se le autoriza a realizar la compra de las Libras Esterlinas para cubrir el monto total de esta transacción.

Sin otro particular a que hacer referencia, queda de usted,

Atentamente,

**CLAUDIA DÍAZ**
Tesorera Nacional



PL/AB/MT

EXHIBIT
DX 38

 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular de **Planificación y Finanzas**

 OFICINA NACIONAL **TESORO**

ONT-DGIV-Nro. **0 0 1 7 6 0**          Caracas,          1 6 ABR. 2012

Ciudadana
**LAURA ZANONE**
Representante del BSI-Geneve
Su Despacho.-

Tengo el agrado de dirigirme a usted, para solicitarle transfiera la custodia libre de pago, desde la cuenta Oficina Nacional del Tesoro No.0103432, del instrumento abajo detallado:

| ISIN Code | Valor Nominal | Moneda | Fecha de Pacto | Fecha Valor |
|---|---|---|---|---|
| GB00B3KJDW09 | 60.000.000,00 | GBP | 23/04/2012 | 24/04/2012 |

Este título deberá ser transferido, Delivery Free of Payment, a la siguiente cuenta:

**BANCO:**          CLEARSTREAM BANKING S.A
**BENEFICIARIO:**   OFICINA NACIONAL DEL TESORO (ONT)
**CUENTA N°:**      14502

La persona de contacto en la ONT es Angélica Barrios (Tel.+58 212 8024608).

Sin otro particular a que hacer referencia, queda de usted,

Atentamente,

**CLAUDIA DÍAZ**
Tesorera Nacional

PL/AB/MT

Esq. de Carmelitas a Altagracia, Edif. Norte Ministerio del Poder Popular de Planificación y Finanzas,  PB. T. 8024605 / 4606, Caracas - Venezuela