[Handwritten:] Angélica has the original.

[Logo:] Fonden s.a.

Real and effective investment

MPPPF-FONDEN-P [Rubber stamp:] 00740-A

[ADHESIVE STAMP:] EXHIBIT

D 60

Caracas, [Rubber stamp:] AUG 22 2011

*Citizen*

***CLAUDIA DÍAZ GUILLÉN***

*Chief of the Office of the National Treasury.*

*In hand-*

I have the pleasure of writing to you with the purpose of referencing the financial instrument which forms part of the FONDEN S.A. investment portfolio, identified by ISIN GB0030468747, under the custody of the Office of the National Treasury, Clearstream 14502 since value date of 08/19/2011 ,with a nominal value of GBP 150,000,000.00.

In reference to same, I inform you that on **August 22, 2011** a sale to the institution you preside was agreed upon with a value date August **23, 2011,** of the securities title described below:

| Instrument | TREASURY  UKT 5 07/03/12 |
|---|---|
| Issuer | UNITED KINGDOM |
| ISIN Code | GB0030468747 |
| Expiration Date | 03/07/2012 |
| Voucher | 5.00% |
| Nominal Value (GBP) | 150,000,000.00 |
| Interest Due | 3,444,293.48 |
| Sales Price* | 107.59% |
| Market Value + Interest Due (GBP) | 164,829,293.48 |
| Type of  Exchange GBP | 1.6528 |
| Market Value (USD) | 272,429,856.26 |
| Market Value (Bs.) | 1,171,448,381.92 |

*Price convened pursuant to agreement between the Treasury and FONDEN

The resources to be received by FONDEN S.A., resulting from the carrying out of this transaction, will be a total amount of   TWO HUNDRED SEVENTY-TWO MILLION FOUR HUNDRED TWENTY-NINE THOUSAND EIGHT HUNDRED FIFTY-SIX AMERICAN DOLLARS AND TWENTY-SIX CENTS (USD 272,429,856.26), which may be deposited according to the following banking information:

If the payment is made in USD:

| | |
|---|---|
| Intermediary Bank: | COMMERZBANK AG NEW YORK BRANCH |
| Swift: | COBAUS3X |
| Beneficiary Bank: | COMMERZBANK AG, FRANKFURT |
| Account Num.: | 150940400500 |

[Logo:] Venezuela

IS FOR ALL NOW

[Handwritten:]l   Esq. Carmelita, Parroquia Altagracia, Edificio Sede del Ministerio del Poder Popular para Planificación y Finanzas, Piso 1. Telephone: 0212-8021184-Fax: 0212-8021243

[FONDEN,S.A.- Fondo de Desarrollo Nacional, S.A.- National Development Fund]



EXHIBIT

DX 60

A

Swift:                    COBADEFF
Final Beneficiary:        BT/FONDEN TRUSTS
Account Num.:             400887746600 USD

If the payment is made in bolivars:

**CENTRAL BANK OF VENEZUELA**
Account Num. 0001-0001-38-002100732
Beneficiary: National Development Fund (FONDEN S.A.).

With nothing further at present, I remain,

[Rubber stamp:] BOLIVARIAN REPUBLIC OF VENEZUELA

Faithfully yours,   PEOPLES'S MINISTRY OF PLANNING AND FINANCE

[Illegible signature]            [LOGO] f FONDEN, S.A.

**JORGE GIORDANI CORDERO**       OFFICE OF THE PRESIDENT

**President of FONDEN, S.A.**

[Illegible initials]
CD/J [Illegible]
 08/10/11

[Logo:]Venezuela
IS FOR ALL NOW

Esq. Carmelita, Parroquia Altagracia, Edificio Sede del Ministerio del Poder Popular para Plan
y Finanzas, Piso 1. Telephone: 0212-8021184-Fax: 0212-8021243
