359169074078759, Andrade Alejandro Phone

Oxygen Forensic® Viewer - 15.0.0.126

621     AA, Gorrin Usa     647



Gorrin Usa <13059151162>

To: AA <15617776191>

\private\var\mobile\Applications\net.whatsapp.WhatsApp\Library\Media\13059151162@s.whatsapp.net\1\b\1b46be9b-05f2-4ad3-8a4e-d3d5920e256c.jpg

06/16/2017
11:48:15 AM
(UTC-4)



1b46be9b-05f2-4ad3-8a4e-d3d5920e256c.jpg

DEFENDANT'S EXHIBIT
78

30

359169074078759, Andrade Alejandro Phone                                                                                     Oxygen Forensic® Viewer - 15.0.0.126

◎ 621                                              AA, Gorrin Usa                                                                              647 ↗



Gorrin Usa <13059151162>
To: AA <15617776191>

\private\var\mobile\Applications\net.whatsapp.WhatsApp\Library\Media\13059151162@s.whatsapp.net\7\a\7a9e84f5-ea81-460c-8aa1-81f156653000.jpg

06/16/2017
11:48:16 AM
(UTC-4)



7a9e84f5-ea81-460c-8aa1-81f156653000.jpg

AA <15617776191>
To: Gorrin Usa <13059151162>



06/16/2017
11:49:10 AM
(UTC-4)   Que es eso vieja cuéntame

AA <15617776191>
To: Gorrin Usa <13059151162>



06/16/2017
11:49:16 AM
(UTC-4)   Donde andas ?

31

359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126

**AA, Gorrin Usa**

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 11:49:21 AM (UTC-4) — Y en que andas ?

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 11:49:23 AM (UTC-4) — Jajajaja

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 11:49:58 AM (UTC-4)

Gorrin Usa <13059151162>
To: AA <15617776191>
Ese es pence
06/16/2017 11:50:02 AM (UTC-4)

Gorrin Usa <13059151162>
To: AA <15617776191>
Ja ja ja
06/16/2017 11:50:05 AM (UTC-4)

Gorrin Usa <13059151162>
To: AA <15617776191>
Luego te cuento
06/16/2017 11:50:10 AM (UTC-4)

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 11:50:18 AM (UTC-4) — Estás aquí ?

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 11:50:23 AM (UTC-4) — En US

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Desayune con el 2 horas
06/16/2017 11:50:26 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Si
06/16/2017 11:50:27 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
El es el vice ?
06/16/2017 11:50:40 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Mike ?
06/16/2017 11:51:32 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Aja
06/16/2017 11:51:41 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Vieja que pasó con lo otro ?
06/16/2017 11:52:00 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Ready ?
06/16/2017 11:52:12 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Caminando
06/16/2017 11:52:16 AM (UTC-4)

359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126

621 — AA, Gorrin Usa — 647

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:52:18 AM (UTC-4) — En vzla ?

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:52:27 AM (UTC-4) — No ha salido aún de la empresa ?

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:52:28 AM (UTC-4) — Ok

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Caminando
06/16/2017 11:52:38 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Pero listo
06/16/2017 11:52:42 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:52:47 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:53:57 AM (UTC-4) — Esa foto va a rodar ahora vieja

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:54:04 AM (UTC-4) — Así que prepárate

34



359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126

621 — AA, Gorrin Usa — 647

**Gorrin Usa <13059151162>**
To: AA <15617776191>
No no
06/16/2017 11:54:06 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Fue privada
06/16/2017 11:54:14 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:54:14 AM (UTC-4)
Jaajajaaaj

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:54:23 AM (UTC-4)
Ahhhhh mosca con esa vaina

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:54:24 AM (UTC-4)
Jajaaja

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:54:33 AM (UTC-4)
El tipo te trato bien ?

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:54:39 AM (UTC-4)
?

**Gorrin Usa <13059151162>**
To: AA <15617776191>
No puede rodar por qué ya me acaban de confirmar que trump me recibe el 28
06/16/2017 11:54:43 AM (UTC-4)

359169074078759, Andrade Alejandro Phone                                    Oxygen Forensic® Viewer - 15.0.0.126

621                          AA, Gorrin Usa                                 647

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Súper
06/16/2017 11:54:46 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Estamos ya con el equipo de trabajo
06/16/2017 11:54:56 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Para generar la transición
06/16/2017 11:55:04 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:55:04 AM (UTC-4)
Coño de verdad te recibe ?

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:55:09 AM (UTC-4)
Que arrecho nojoda

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:55:14 AM (UTC-4)
Siiiiii ?

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Los que ponen la música   son estos
06/16/2017 11:55:23 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Claro confirmado
06/16/2017 11:55:27 AM (UTC-4)

359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126

621 — AA, Gorrin Usa — 647

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Ya me acaban de llamar
06/16/2017 11:55:33 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Yo lo sé vieja por eso estoy aquí nojoda
06/16/2017 11:55:39 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Y de aquí no me voy
06/16/2017 11:55:47 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
A menos que me boten
06/16/2017 11:55:54 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Ja ja ja en vomito será
06/16/2017 11:55:58 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Jajjajaajj
06/16/2017 11:56:02 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
El tipo lo conmoví de tal manera que me dijo que hablaría con el 1 para que me recibiera
06/16/2017 11:56:37 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Ya me acaban de confirmar
06/16/2017 11:56:48 AM (UTC-4)

37

359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126

621 — AA, Gorrin Usa — 647

**Gorrin Usa <13059151162>**
To: AA <15617776191>
El 28 me recibe
06/16/2017 11:56:53 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Que arrecho nojoda
06/16/2017 11:56:59 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Te felicito pana
06/16/2017 11:57:03 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Sabes que no soy ninguna catalina
06/16/2017 11:57:16 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Amen
06/16/2017 11:57:20 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
Y con La gracia De Dios
06/16/2017 11:57:27 AM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:57:32 AM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
AMEN AMEN
06/16/2017 11:58:35 AM (UTC-4)

38

359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126

| 621 | AA, Gorrin Usa | 647 |

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:59:49 AM (UTC-4)
La pegasteis con esa cita vieja

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 11:59:57 AM (UTC-4)
Que arrecho

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Claro ...!
06/16/2017 12:00:37 PM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:00:48 PM (UTC-4)
Te felicito

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:00:51 PM (UTC-4)
Gracias a. Dios

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:01:06 PM (UTC-4)
Estos son los duros vieja

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:01:20 PM (UTC-4)
Arrechese quien se arreche

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:01:31 PM (UTC-4)
Y ejercen su poder coño cualquiera lo haría



**AA → Gorrin Usa** (06/16/2017 12:01:44 PM UTC-4): Lo demas es paja

**Gorrin Usa → AA** (06/16/2017 12:10:39 PM UTC-4): Así es ...!

**AA → Gorrin Usa** (06/16/2017 12:11:05 PM UTC-4): Gracias a. Dios teníamos esta visión hace muchos años

**AA → Gorrin Usa** (06/16/2017 12:11:38 PM UTC-4): Pero acabas de dar una línea al center

**Gorrin Usa → AA** (06/16/2017 12:11:54 PM UTC-4): Con tres en bases

**AA → Gorrin Usa** (06/16/2017 12:12:01 PM UTC-4): Si vieja

**AA → Gorrin Usa** (06/16/2017 12:12:10 PM UTC-4): Ahora si te van a agarrar arrechera vieja

**AA → Gorrin Usa** (06/16/2017 12:12:18 PM UTC-4):

359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126

621 — AA, Gorrin Usa — 647

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:14:26 PM (UTC-4) — Vieja el trato del Sr

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:14:30 PM (UTC-4) — Fue bueno ?

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:14:43 PM (UTC-4) — Eso me gusta coño estoy feliz

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Si muy bueno
06/16/2017 12:14:57 PM (UTC-4)

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Ja ja ja
06/16/2017 12:15:03 PM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:15:21 PM (UTC-4) — Que depinga te acabas de montar un chaleco encima level five

**Gorrin Usa <13059151162>**
To: AA <15617776191>
Eso cuando sea público le va a dar piquiña en el culo a muchos
06/16/2017 12:15:32 PM (UTC-4)

**AA <15617776191>**
To: Gorrin Usa <13059151162>
06/16/2017 12:15:47 PM (UTC-4) — A todo el mundo vieja

41

359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126

621 — AA, Gorrin Usa — 647

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 12:15:58 PM (UTC-4)
Y cuando te reciba el otro imagínate

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 12:16:09 PM (UTC-4)
El arabe se va a vomitar de la arrechera

Gorrin Usa <13059151162>
To: AA <15617776191>
Muchacho
06/16/2017 12:16:20 PM (UTC-4)

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 12:16:34 PM (UTC-4)
Gracias a. Dios vieja

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 12:16:36 PM (UTC-4)

AA <15617776191>
To: Gorrin Usa <13059151162>
06/16/2017 12:16:42 PM (UTC-4)
Eso da fortaleza

Gorrin Usa <13059151162>
To: AA <15617776191>
AMEN AMEN
06/16/2017 12:16:45 PM (UTC-4)

Gorrin Usa <13059151162>
To: AA <15617776191>
CLARO...!
06/16/2017 12:16:50 PM (UTC-4)

