359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126

**Martin Rodil, AA**

AA <15617776191>
To: Martin Rodil <12026317887>

10/06/2017 08:51:10 AM (UTC-4)
\private\var\mobile\Applications\net.whatsapp.WhatsApp\Library\Media\12026317887@s.whatsapp.net\f\1\f1dbcdc3-31fd-44d3-b95d-6c2d1fbd4598.opus

f1dbcdc3-31fd-44d3-b95d-6c2d1fbd4598.opus

--- 10/15/2017 ---

AA <15617776191>
To: Martin Rodil <12026317887>

10/15/2017 04:01:17 PM (UTC-4)
Hoy hablé con RG

AA <15617776191>
To: Martin Rodil <12026317887>

10/15/2017 04:01:38 PM (UTC-4)
Un buen rato pana cuando puedas ahora en la noche llámame y hablamos unos min

AA <15617776191>
To: Martin Rodil <12026317887>

10/15/2017 04:01:52 PM (UTC-4)
Me gustaría hablar antes de mañana lunes

--- 10/23/2017 ---

AA <15617776191>
To: Martin Rodil <12026317887>

10/23/2017 03:26:14 PM (UTC-4)
Ahora pana no le digas nada a Andy pero el me escribe que para que los helados hablen de nuevo con nosotros necesitamos traerle algo muy gordo que tiene que ver eso con lo que estamos trabajando con Miami ?

--- 10/24/2017 ---

DEFENDANT'S EXHIBIT 88

244

359169074078759, Andrade Alejandro Phone  
[Arrow icon] 34  
Martin Rodil, AA  

Oxygen Forensic® Viewer - 15.0.0.126  
647 [Arrow icon]

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Martin Rodil <12026317887>

★ [Arrow icon] 10/06/2017 08:51:10 AM (UTC-4)  
\private\var\mobile\Applications\net\whatsapp Whatsapp\Library \Media\13059151162@s.whatsapp.net\f\1\f1dbcdc3-31fd-44d3-b95d-6c2d1fbd4598.opus



f1dbcdc3-31fd-44d3-b95d-6c2d1fbd4598.opus

_____ 10/15/2017 _____

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Martin Rodil <12026317887>

★ [Arrow icon] 10/15/2017 04:01:17 PM (UTC-4)  I spoke to RG today

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Martin Rodil <12026317887>

★ [Arrow icon] 10/15/2017 04:01:38 PM (UTC-4)  For a good while buddy now when you can tonight call me and we'll talk for a few mins

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Martin Rodil<12026317887>

★ [Arrow icon] 10/15/2017 04:01:52 PM (UTC-4)  I'd like to talk before tomorrow Monday [?]

_____ 10/23/2017 _____

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Martin Rodil<12026317887>

★ [Arrow icon] 10/23/2017 03:26:14 PM (UTC-4)  Buddy don't say anything to Andy now but he wrote to me that so that the ice creams talk to us again we need to bring something very big to him what does that have to do with Miami?

_____ 10/24/2017 _____

DEFENDANT'S EXHIBIT 88a