CFN: 20210134800 BOOK 32363 PAGE 3157
DATE:02/23/2021 08:14:31 AM
DEED DOC 90,360.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

This Instrument Prepared by:
Alex D. Sirulnik, P.A.
2199 Ponce de Leon Blvd, Suite 301
Coral Gables, FL 33134

Record and Return to:
125 Ocean Drive Holdings, LLC
2 South Biscayne Blvd 21st Floor
Miami, FL 33131

Tax Folio Number: 02-4203-348-0130

## WARRANTY DEED

THIS WARRANTY DEED made as of February __, 2021 between Maximilian Camino, a married man, joined by his spouse, Anirays Camino (collectively, "Grantor"), having an address at 1 Collins Avenue, Apt 207, Miami Beach, Florida 33138; and 125 OCEAN DRIVE HOLDINGS, LLC, a Florida limited liability company ("Grantee"), having an address at 2 South Biscayne Blvd, 21st Floor, Miami, Florida 33131.

WITNESSETH:

Grantor, for and in consideration of the sum of Ten and No/100 ($10.00) Dollars, and other good and valuable consideration to it in hand paid by Grantee, the receipt and sufficiency of which are hereby acknowledged, has granted, bargained and sold to Grantee, its heirs and assigns forever, the following described real property (the "Property") lying and being in Miami-Dade County, Florida:

**Condominium Unit U-0201, of OCEAN HOUSE, A CONDOMINIUM (F/K/A SOUTH OF FIFTH, A CONDOMINIUM), together with an undivided interest in the common elements, according to the Declaration of Condominium thereof, recorded in Official Records Book 26741, Page 2666, as amended from time to time, of the Public Records of Miami-Dade County, Florida.**

**TOGETHER** with all the improvements and amenities associated therewith, tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining to the benefit of the Property.

**TO HAVE AND TO HOLD** the same unto Grantee in fee simple forever; subject to real property taxes subsequent to December 31, 2020; easements, restrictions and limitations of record, and matters shown on the Declaration; however, this provision shall not serve to reimpose easements, restrictions and limitations which have been barred by operation of law; and applicable zoning ordinances.

**AND** Grantor hereby covenants with Grantee that Grantor has good right and lawful authority to sell and convey the Property; Grantor fully warrants title to the Property and will defend the same against lawful claims of all persons whomsoever; and Grantor covenants that the Property is free from all encumbrances made by Grantor, except as set forth above.

EXHIBIT DX 97

CFN: 20210134800 BOOK 32363 PAGE 3158

IN WITNESS WHEREOF, the Grantor has caused this Warranty Deed to be executed the day and year first above written.

Witnesses as to both:

Print Name: *Jenise Murcano*

Print Name: *[signature]*

GRANTOR:

*[signature]*
Maximilian Camino

*[signature]*
Anirays Camino

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of ■ physical presence or ☐ online notarization, this 8th day of February, 2021 by Maximilian Camino, a married man, joined by his spouse, Anirays Camino, who are personally known to me or who have produced *drivers license* as identification.

*[signature]*
Notary Public, State of Florida

My Commission Expires:



JAVIER I GOMEZ
MY COMMISSION # GG091801
EXPIRES April 23, 2021