

REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE PASSPORT

Tipo Type: P
País Emisor Issuing State: VEN
Pasaporte N° Passport of: 030415788

Apellidos Surname:
DIAZ GUILLEN

Nombres Given names:
CLAUDIA PATRICIA

Nacionalidad Nationality:
VENEZOLANA

Cédula de identidad N° Personal N°:
11502896

Fecha de Nacimiento Date of birth:
25 / Nov / Nov / 1973

Sexo Sex:
F

Fecha de Emisión Date of issue:
23 / Nov / Nov / 2009

Lugar de Nacimiento Place of birth:
SAN CRISTOBAL VEN

Fecha de Vencimiento Date of expiry:
22 / Nov / Nov / 2014

Autoridad Authority:

Titular Holder's signature:

P<VENDIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F141122511502896<<<<<<08

PASAPORTE N°
PASSPORT N°
030415788

OBSERVACIONES
COMMENTS

DEFENDANT'S
EXHIBIT

115









VISA

**UNITED STATES OF AMERICA**

Issuing Post Name
**CARACAS**

Control Number
**20103613350001**

Surname
**DIAZ GUILLEN**

Given Name
**CLAUDIA PATRICIA**

Visa Type /Class
**R   B1/B2**

Passport Number
**030415788**

Sex
**F**

Birth Date
**25NOV1973**

Nationality
**VENZ**

Entries
**M**

Issue Date
**28DEC2010**

Expiration Date
**26DEC2011**

**1011**

Annotation

E0933197

**

VNUSADIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F1112267B3CRSOJ8VS252150





VNUSADIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F1208238B3CRSOM9OM252157







VNUSADIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<<
0304157886VEN7311257F2207113B3CRSOQK5F252152



















26

27

VISAS

VISAS

JOSÉ LAURENCIO SILVA

BATALLA DE JUNÍN

VENEZUELA

[illegible] de Venezuela, [illegible] y extranjeras, [illegible] las facilidades para [illegible] en los casos pertinentes, [illegible] de conformidad a lo [illegible] de la República [illegible] tratados y convenios [illegible] por nuestra República [illegible]

[illegible] of the Bolivarian Republic of Venezuela [illegible] and foreign authorities [illegible] the passport bearer, [illegible] the territory and to provide, [illegible] all the necessary aid and cooperation, [illegible] with the Constitution of the Bolivarian [illegible] international pacts, treaties and [illegible] to which Venezuela is signatory

[illegible] extravío de este pasaporte en el [illegible] o enviarlo a las siguientes [illegible] Diplomáticas o Representaciones [illegible] de la República Bolivariana de Venezuela, [illegible] el Ministerio de Relaciones Exteriores, [illegible] de la página web www mre gob ve

[illegible] of this passport abroad, it should be [illegible] delivered to the nearest office of interior or [illegible] consular agency of the Bolivarian Republic [illegible] or inform the Department of Foreign Affairs [illegible] its web page www mre gob ve

VISAS

33

237





